UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-80111-ROSENBERG

UNITED STATES OF AMERICA

v.

ERIC SNYDER,
PAUL R. MATERIA,
JOSEPH LUBOWITZ, and
CHRISTOPHER FULLER,

        **Defendants.**
_____/

**NOTICE OF INTENT TO USE EXPERT WITNESS AND
GOVERNMENT'S DISCLOSURE OF EXPERT WITNESS AND EVIDENCE**

The United States of America hereby files this Expert Disclosure, pursuant to the Standing Discovery Order, as well as Federal Rules of Discovery 702, 703, and 705. As part of its case in chief, the United States may introduce the testimony of Dr. Kelly J. Clark.[1] Dr. Clark has been retained by the government as an expert in this case pre-Indictment, and the government plans to call her as an expert witness at trial. Dr. Clark, a licensed M.D. (in Florida and in other states) and M.B.A.: has over 20 years of experience in the addiction treatment field; is board-certified in addiction medicine and psychiatry; is a distinguished fellow of the American Psychiatric Association, and the American Society of Addiction Medicine; has been a Chief Medical Officer for two multi-state addiction treatment companies; worked on various national guidelines establishing the standards of care for addiction treatment and testing; and is the current President of the American Society of Addiction Medicine.

---

[1] Dr. Clark's resume has already been provided to defense counsel under separate cover, and can be provided to the Court as well, if necessary.

Dr. Clark's testimony, including any expert opinion she renders, will be based on her: (1) professional expertise, including her medical training, clinical experience, and board certifications; (2) knowledge of relevant medical standards of practice and care in the substance abuse treatment field; (3) review and publication of medical texts, journals, and treatises; (4) her employment history; and (5) her continuing medical education requirements.

Broadly, Dr. Clark will outline for the jury how substance abuse treatment is supposed to work, and will explain all of the terms in the "Background" section of the Indictment. Dr. Clark will describe the types of patients who are appropriate for substance abuse treatment; the types of treatment; and the applicable standards of care for professionals in the field. Further, Dr. Clark will explain the role of therapy sessions,[2] and urinalysis testing (UA), in substance abuse treatment, and what constitutes legitimate UA testing. Dr. Clark will comment on the different kinds of UA testing (initial point-of-care testing and the more expensive confirmatory UA testing). Dr. Clark will outline the purpose and types of UA testing; how such UA tests should be reviewed; and what UA tests are medically necessary.

Dr. Clark will review patients' files at Real Life Recovery Delray, LLC ("RLR"), and A Safe Place, LLC ("ASP"), d/b/a/ Halfway There Florida, LLC ("HWT"), collectively ("HWT/RLR"). Dr. Clark will be prepared to comment on these patients' files, and on what she notices in these files as being improper. Dr. Clark will explain to the jury how HWT/RLR used UA testing as a profit center, billing for expensive confirmatory UA tests that were not justified or medically necessary. Dr. Clark will also talk about trends in the billing data for HWT/RLR, and possible indicia of fraud. Finally, Dr. Clark may provide summary charts to summarize aspects of the claims data, and may issue a written report.

---

[2] Including Partial Hospitalization Programs ("PHP"), Intensive Outpatient Programs ("IOP"), and Outpatient Programs ("OP").

A more detailed non-exhaustive summary of topics to which Dr. Clark is expected to testify to as an expert if she is allowed to do so by this Court, and the opinions she is expected to render, which may include opinions of hypothetical situations, will be provided to defense counsel shortly, under separate cover.

The issues of what constitutes proper substance abuse treatment, particularly the importance of regular attendance at therapy sessions and the proper types, frequency, use of, and medical justifications for UA testing are integral to the fraud alleged in the Indictment. And what constitutes proper substance abuse treatment, and the proper methods for providing it, are not common knowledge. Dr. Clark will provide the jury with an outline of how substance abuse treatment is supposed to work. She will also provide indications of possible fraud in the documentation and billing she reviews. With her testimony as a road-map, combined with the government's fact-witnesses who have first-hand knowledge of what actually went on at HWT/RLR, the jury will have the proper context to determine whether the patients at HWT/RLR received appropriate substance abuse treatment, and whether the private insurers in this case were defrauded when they paid for such claims as billed by HWT/RLR. Dr. Clark will thus provide a baseline understanding from which the jury can judge for themselves whether the defendants committed health care fraud as charged in the Indictment, and Dr. Clark will provide specific examples of such fraud for the jury to evaluate as well.

While the government has attempted to make this Expert Disclosure as complete as possible at this stage in the case, the government respectfully requests leave to further supplement this disclosure to address discrete issues that may present themselves in preparing for trial.

WHEREFORE the government respectfully requests that Dr. Kelly J. Clark be admitted as an expert witness, without the need for any formal <u>Daubert</u> hearing.

Dated: September 24, 2018            Respectfully submitted,

                                            ARIANA FAJARDO ORSHAN
                                            UNITED STATES ATTORNEY
                                            SOUTHERN DISTRICT OF FLORIDA

By:    <u>/s/ *James V. Hayes*</u>
         JAMES V. HAYES (FL Bar # A5501717)
         James.Hayes@usdoj.gov
         Trial Attorney
         United States Department of Justice
         Criminal Division, Fraud Section
         1400 New York Avenue, N.W.
         Washington, D.C. 20005
         Telephone: (202) 774-4276

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                      <u>/s/ *James V. Hayes*</u>
                                                      James V. Hayes
                                                            Trial Attorney-DOJ