UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-80111-ROSENBERG

UNITED STATES OF AMERICA

v.

ERIC SNYDER,
PAUL MATERIA, and
JOSEPH LUBOWITZ,

          Defendants.

                                          /

## JOINT MOTION TO EXTEND THE SURRENDER DATE

The United States of America and the Defendants respectfully submit the following Joint

Motion to Extend the Surrender Date for each defendant an additional 180 days, from May 1, 2020,

until October 28, 2020.   The basis for this request is as follows:

1.      Defendants were all sentenced by the Court on December 6, 2019.   The Court set

a surrender date of May 1, 2020, for each Defendant.   [D.E. 345-47 & 350].   At each Defendant's

sentencing hearings, the Court told the parties they could extend the surrender date as warranted

by the circumstances.   Defendant FULLER surrender and began serving his sentence on March

7, 2020, while the remaining three Defendants have remained out on bond.

2.      The United States is currently in the midst of an unprecedented public health crisis

thanks to the Covid-19 Coronavirus that demands isolation and various stay-at-home orders,

including in the State of Florida.

3.      This crisis is particularly acute in the state and federal prison systems.   The

Government sees no need to risk exposure, or to unnecessarily tax an already over-burdened prison

1

system, with the surrender of Defendants who are engaged in ongoing cooperation, and who have complied with all requirements to date.

4.      Paul MATERIA is scheduled to testify in several state court trials currently scheduled for May 2020 that will likely be continued.   A federal criminal trial at which at least some of the Defendants are expected testify in is currently scheduled to begin on September 14, 2020 (United States v. Bailynson et al., 18-CR-80124-RUIZ).   An additional federal trial in which at least some Defendants may testify is currently scheduled to begin on December 7, 2020 (United Stated v. Carrie Lyn Beetle, 19-CR-80234-MARRA).   Thus, by October 28, 2020, any additional motions based on further cooperation (if any are made) may have been filed prior to Defendants surrender date, and the parties will know if any further testimony is upcoming in any additional trials (assuming these trials go forward and are not resolved by a plea).

5.      Counsel for each Defendant authorized the undersigned to file this Joint Motion to Extend the Surrender Date.

WHEREFORE the Government respectfully submits this Joint Motion to Extend the Surrender Date.

Dated: April 7, 2020

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

ROBERT ZINK, CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By:     /s/ *James V. Hayes*
        JAMES V. HAYES (FL Bar # A5501717)
        James.Hayes@usdoj.gov
        Trial Attorney
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Avenue, N.W.
        Washington, D.C. 20005
        Telephone: (202) 774-4276

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *James V. Hayes*
James V. Hayes